UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - :
TYQUAN HASKINS,                       :  11 Civ. 0376 (PKC) (JCF)
                                      :
             Plaintiff,               :  MEMORANDUM
                                      :  AND ORDER
      - against -                     :
                                      :
MS. HARRIS Badge 17402, CAPT.         :
POLLARD Badge 1683,                   :
                                      :
             Defendants.              :
- - - - - - - - - - - - - - - - - - - :

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/7/11

When the plaintiff, Tyquan Haskins, failed to serve the complaint within 120 days of its having been filed, I issued a Report and Recommendation dated August 18, 2011, recommending that the complaint be dismissed without prejudice. Subsequently, Mr. Haskins submitted an undated letter indicating that he had recently been transferred to a different correctional facility, had lost some of his legal papers, and had not been receiving mail. I find that this constitutes good cause under Rule 4(m) of the Federal Rules of Civil procedure to extend the plaintiff's time to effect service. Therefore:

   1. The Report and Recommendation dated August 18, 2011 is withdrawn.

   2. Plaintiff's time to effect service is extended to October 31, 2011.

   3. The Pro Se Office shall provide plaintiff with a new service package and a copy of the Pro Se Litigation Manual.

   4. The docket shall be modified to reflect plaintiff's new address:

1

Tyquan Haskins
# 24411010879
Otis Bantum Correctional Center
1600 Hazen Street
East Elmhurst, New York  11370

SO ORDERED.

*/s/ James C. Francis IV*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:    New York, New York
          September 7, 2011

Copies mailed this date to:

Tyquan Haskins
# 24411010879
Otis Bantum Correctional Center
1600 Hazen Street
East Elmhurst, New York  11370

Pro Se Office

2